COURT OF CRIMINAL
AUSTIN, TEXAS

25,679-22

March 19, 2015

In this matter, Re: <u>WR-25,679-22</u>. cause no. <u>659154</u>

Clerk, (CCA), Abel Acosta,

I'm writing concerning, the 'MOTION FOR CONSIDER-ATION', filed, by sending Writ to This Court of Criminal Appeals. See <u>WR-25,679-22.</u> Sent by U.S. Postal mail service. to you, your office. March 6, 2015.

However; I have'nt received any confirmation, of the filing and presentment to the Court's Justices.

Please send me/provide me with any information you can, concerning this request actions take. In The 'Motion For Reconsideration.'?

I, truly appreciate your consideration... THANK YOU May God bless you, your Family and Friends.

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

Sincerely
Arthur Lowe
ARTHUR LOWE #669750
HUGHES UNIT.
RT. 2. BOX 4400
GATESVILLE, TEXAS
76597